UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**CARRIER CREDIT SERVICES, INC.**
as agent for **SEA STAR LINE, LLC,**

      Plaintiff,

v.                            CASE NO.     3:05-cv-26-J-25TEM

**CAYO LARGO HOTEL GP, INC.,**

      Defendant.

_____

## O R D E R

**THIS CAUSE** is before the Court on Plaintiff Carrier Credit Services, Inc., as agent for Sea

Star Line, LLC's Motion for Final Default Judgment (Dkt. 10).   Upon consideration of same, the

Court finds as follows:

On January 10, 2005, Plaintiff, Carrier Credit Services, Inc., as agent for Sea Star Line, LLC

filed this action against Defendant, Cayo Largo Hotel GP, Inc., seeking to recover unpaid demurrage

owed by Defendant to Plaintiff for the transportation of certain goods by Plaintiff.  On January 21,

2005, Defendant was served with the summons and complaint in this action.  Defendant never made

an appearance in this lawsuit or otherwise filed an answer or paper responsive to the Complaint.  On

February 23, 2005, a Clerk's Entry of Default was entered against Defendant.

By this motion, Plaintiff seeks entry of a default judgment in favor of Plaintiff and against

Defendant in the total amount of $18,290.11, representing the principal liquidated balance sued for

on the first cause of action in the amount of $13,000.00,  interest thereon at the rate of seven percent

(7%) per annum, the statutory rate of interest provided by Section 55.03, Florida Statutes,  in the

amount of $595.11,[1] a 35% collection expense fee in the amount of $4,500.00 and  disbursements in the amount of $195.00.[2]

It is **ORDERED**:

The Motion for Final Default Judgment (Dkt. 10) is **GRANTED**.  The Clerk is **directed** to enter final default judgment in favor of Plaintiff Carrier Credit Services, Inc., as agent for Sea Star Line, LLC and against Defendant Cayo Largo Hotel GP, Inc., in the amount of $18,290.11, together with interest thereon from the date of judgment calculated at the rate determined and in the manner provided in 28 U.S.C. § 1961, and then close this case.

**DONE AND ORDERED** this _6_ day of July, 2005.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to:
Counsel of Record

---

[1]Calculated from November 9, 2004 through July 6, 2005.

[2]Plaintiff's disbursements represents the Statutory fee pursuant to 28 U.S.C. § 1923(a) of $20.00; filing fee of  $150.00 and service of process $25.00.